CO-386-online
10/03

# United States District Court
# For the District of Columbia

Fraternal Order of Police, Defense )
Protective Service Labor Committee, Inc. )
)
)
           Plaintiff )    Civil Action No._____
vs )
)
Robert M. Gates, in his official )
capacity as Secretary of Defense )
)
           Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __the Fraternal Order of Police, DPS, LC__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __the Fraternal Order of Police__ which have any outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

_____
Attorney of Record
Signature

440697 (D.C.)
_____
BAR IDENTIFICATION NO.

Stephen G. DeNigris, Esq.
_____
Print Name

2100 M St NW Suite 170-283
_____
Address

Washington  D.C.  20037
_____
City        State        Zip Code

(703)416-1036
_____
Phone Number