UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FRATERNAL ORDER OF POLICE, D.C.
LODGE 1, DPS LABOR COMMITTEE,
INC.

                                Plaintiff,

                                        CIVIL ACTION NO.: 07-cv-1871 (EGS)

ROBERT M. GATES, in his official
capacity as Secretary of the Department
of Defense
                                Defendant.
_____/

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

       Plaintiff, Fraternal Order of Police, through counsel, moves this Honorable Court for an order pursuant to Fed. R. Civ. P. 41(a)(1), voluntarily dismissing this action without prejudice. As further grounds, counsel would state:

       1.      After the filing of this action, the defendant withdrew and rescinded the offending policy challenged in this matter.

       2.      The defendant has not filed an answer or a motion for summary judgment in this matter.

                           Respectfully submitted,

                           ***/s/ Stephen G. DeNigris, Esq.***
                           Stephen G. DeNigris, Esq.
                           Attorney for the Plaintiff
                           2100 M Street NW Suite 170-283
                           Washington, D.C.  20037
                           Office:       (703)416-1036
                           Fax:          (703)416-1037

Dated: November 18, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Motion for Voluntary Dismissal was sent by U.S. Mail, postage prepaid on the 19th day of November, 2007, to

The Honorable Robert Gates
Secretary of Defense
1000 Defense Pentagon
Washington, D.C.  20301-1000

The Honorable Michael B. Mukasey
Attorney General of The United States
U.S. Department of Justice
10th & Constitution Ave, NW
Washington, D.C  20530

The Honorable Jeffrey Taylor
United States Attorney for the
District of Columbia
c/o Civil Clerk
555 4th Street NW
Washington, D.C.  20530

/s/ ***Stephen G. DeNigris, Esq.***
Stephen G. DeNigris, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FRATERNAL ORDER OF POLICE, D.C.
LODGE 1, DPS LABOR COMMITTEE,
INC.

                    Plaintiff,

                              CIVIL ACTION NO.: 07-cv-1871 (EGS)

ROBERT M. GATES, in his official
capacity as Secretary of the Department
of Defense
                    Defendant.
_____/

## O R D E R

Upon consideration of the Plaintiff's Notice/Motion of Voluntary Dismissal without

prejudice, and for other good cause shown, it is hereby

**ORDERED** that the plaintiff's motion is **GRANTED / DENIED.**


_____
UNITED STATES DISTRICT JUDGE


Dated:  November  _____, 2007