UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**FILED**
NOV 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FRATERNAL ORDER OF POLICE, D.C.
LODGE 1, DPS LABOR COMMITTEE,
INC.

           Plaintiff,

CIVIL ACTION NO.: 07-cv-1871 (EGS)

ROBERT M. GATES, in his official
capacity as Secretary of the Department
of Defense
           Defendant.
_____/

## ORDER

Upon consideration of the Plaintiff's Notice/Motion of Voluntary Dismissal without prejudice, and for other good cause shown, it is hereby

**ORDERED** that the plaintiff's motion is **GRANTED** / ~~DENIED~~.

UNITED STATES DISTRICT JUDGE

Dated: November 19, 2007